UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER JUSTIN ROBINSON,

Plaintiff,

v. Case No. 26-CV-1006

JOHN DOE et al.,

Defendants.

---

**ORDER**

---

Plaintiff Christopher Justin Robinson is representing himself in this 42 U.S.C. § 1983 case. On July 15, 2026, the Court screened the amended complaint and allowed Plaintiff to proceed on a Fourteenth Amendment claim based on allegations that unidentified correctional officers failed to properly respond to his self-harming behavior while he was housed at the Oconto County Jail. Because Plaintiff did not know the names of the correctional officers, the Court added Oconto County Sheriff Todd Skarban as a defendant for the limited purpose of helping Plaintiff identify the John/Jane Doe defendants. The Court directed the United States Marshal Service to serve Sheriff Skarban with a copy of the amended complaint and screening order. (ECF No. 6.)

This matter comes before the Court on Plaintiff's motion for an extension of time and to compel. Plaintiff requests an extension of time to identify the correctional officers because Sheriff Skarban has refused to respond to his request for the John/Jane Doe defendants' names. Plaintiff's motion for an extension of time and to compel is premature. The United States Marshal Service has not yet served Sheriff Skarban with a copy of the amended complaint or screening order. (*See* ECF No. 11.) Once the United States Marshal Service serves Sheriff Skarban and Sheriff

Skarban's attorney files a notice of appearance on his behalf, Plaintiff will be able to serve discovery requests on Sheriff Skarban by mailing the discovery requests to the attorney at the address listed in the notice of appearance. Plaintiff will have 60 days after Sheriff Skarban's attorney files a notice of appearance within which to identify the names of the John/Jane Doe defendants.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for an extension of time and to compel (ECF No. 10) is **DENIED**.

Dated at Green Bay, Wisconsin on September 8, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge