UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER JUSTIN ROBINSON,

Plaintiff,

v. Case No. 26-CV-1006

JOHN DOE 2 et al.,

Defendants.

# ORDER

Plaintiff Christopher Justin Robinson is currently representing himself in this 42 U.S.C. § 1983 case. On July 15, 2026, the Court screened the amended complaint and allowed Plaintiff to proceed on a Fourteenth Amendment claim based on allegations that unidentified correctional officers failed to properly respond to his self-harming behavior while he was housed at the Oconto County Jail. (ECF No. 6.) On October 6, 2026, Plaintiff filed a document entitled "notice of John Does" to substitute the proper names for the John/Jane Doe placeholders. Plaintiff's document appears to be a second amended complaint. The allegations contained in the notice are not identical to those contained in his amended complaint.

Plaintiff's filing fails to comply with the local rule governing amendment of pleadings. Civil L.R. 15(b) states:

> A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleadings must be filed as an attachment to the motion to amend.

Plaintiff has failed to file a proposed amended complaint, that includes a caption, as an attachment to a motion to amend. The Court will not allow Plaintiff to supplement his amended complaint

with piecemeal allegations because the federal rules do not require the Court and the defendants to "forever sift through [their] pages" to determine which allegations are made against each defendant. *See Jennings v. Emr*, 910 F.2d 1434, 1436 (7th Cir. 1990). The amended complaint and the supplemental information also make it difficult for the defendants "to file a responsive pleading and makes it difficult for the trial court to conduct orderly litigation." *Vicom, Inc. v. Harbridge Merchant Servs., Inc.*, 20 F.3d 771, 775–76 (7th Cir. 1994). For this reason, the Court will strike Plaintiff's "notice of John Does." To comply with the local rules, Plaintiff need only file a motion to amend with a proposed second amended complaint that contains all of the allegations against all of the defendants he intends to sue. As the record now stands, however, Plaintiff's "notice of John Does" (ECF No. 14) is **STRICKEN**.

**SO ORDERED** at Green Bay, Wisconsin on October 8, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge